DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Frank Garlando, | ) | |
| | ) | CASE NO. 5:08 CV 1940 |
| Petitioner-Defendant, | ) | (Criminal Case No. 5:04 CR 340) |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent-Plaintiff. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the petition for habeas relief is denied. The Court declines to issue a certificate of appealability finding no basis for a certificate of appealability. Case closed.

IT IS SO ORDERED.

| | |
|---|---|
|  March 2, 2009 |  */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |